IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DERRICK MYRON LLOYD,      )
     )
     Petitioner,      )
     )
     v.      )      CASE NO. 2:08-CV-490-WHA
     )
MONTGOMERY CITY JAIL, *et al.*,      )
     )
     Respondents.      )

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #14) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #14) of the Magistrate Judge is ADOPTED, and that the petition pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice, so that Petitioner may pursue available state court remedies.

An appropriate judgment will be entered.

Done this 8th day of September, 2008.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE